IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**VICTORIA GARRETT**
**ADC #708139**                                                                                                                          PETITIONER

v.                                        Case No. 5:13-cv-00039 KGB-JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this 28 U.S.C. § 2254 action is dismissed, with prejudice.

SO ADJUDGED THIS the 29th day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE